UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Mancil F. Bell,                          Civil No. 11-2101 (RHK/FLN)

      Plaintiff,                      **ORDER FOR DISMISSAL**

v.

Portfolio Recovery Associates, Inc.,

      Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 5) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December 6, 2011

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge